NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ECC CENTCOM CONSTRUCTORS, LLC,**
*Appellant*

**v.**

**SECRETARY OF THE ARMY,**
*Appellee*

---

2019-1157

---

Appeal from the Armed Services Board of Contract Appeals in No. 60647, Administrative Judge Michael N. O'Connell, Administrative Judge Owen C. Wilson, Administrative Judge Richard Shackleford.

---

**JUDGMENT**

---

DIRK DENSFORD HAIRE, Fox Rothschild, LLP, Washington, DC, argued for appellant. Also represented by PAYUM SEAN MILANI-NIA, KELSEY MARYHELEN O'BRIEN, RONNI TWO; JESSICA HAIRE, JVH Law, LLC, Annapolis, MD; JAMES PRINGLE LAURIE, III, Burlingame, CA.

DANIEL B. VOLK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by JOSEPH

H. HUNT, ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 11, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |